# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRENNAN CAPITAL PARTNERS, LLC-SERIES EPIC,<br><br>     Petitioner,<br><br>     vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KENNETH C. CORY, DISTRICT JUDGE,<br><br>     Respondents,<br>     and<br>EPIC INVESTMENT GROUP, LLC; WARREN MASSEY; JOHN LENTZ; TODD MASSEY; CORD MASSEY; WADE MASSEY; JUDD MASSEY; WAYNE MASSEY; AND JACK HAWKINS,<br><br>     Real Parties in Interest. | No. 71351<br><br>FILED<br><br>OCT 04 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING PETITION

Cause appearing, petitioner's motion for a voluntary dismissal of this writ petition is granted. This writ petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Kenneth C. Cory, District Judge
      Law Offices of Anthony D. Guenther, Esq.
      Snell & Wilmer, LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-30826